UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TRINITY, INC d/b/a TRINITY TRANSPORTATION as
Subrogor of DETROIT PUBLIC SCHOOLS COMMUNITY
DISTRICT, a/k/a DETROIT BOARD OF EDUCATION, and
as Assignee of MARY BURNS, RN,

    Plaintiff/Counter-Defendant,

v.

A QUALITY STAFFING d/b/a
ELITE MEDICAL STAFFING, and
ELITE MEDICAL STAFFING, LLC,

    Defendants,

ZURICH AMERICAN INSURANCE CO.,
and AMERICAN GUARANTEE &
LIABILITY INSURANCE COMPANY,

    Defendants/Counter-Plaintiffs.

Case No.: 2:22-cv-10319
Hon. Terrence G. Berg

**ORDER FOR WITHDRAWAL OF COUNSEL**

_____

| | |
|---|---|
| TIMOTHY A. DIEMER (P65084) | NICOLE WILINSKI (P61904) |
| ~~ERIC P. CONN (P64500)~~ | COLLINS EINHORN FARRELL PC |
| SAMANTHA M. McLEOD (P84394) | Attorney for Defendants A Quality Staffing & Elite Medical Staffing, LLC |
| JACOBS AND DIEMER, P.C. | 4000 Town Center, 9th Floor |
| Attorneys for Plaintiff | Southfield, MI 48075 |
| 500 Griswold Street | (248)355-4141 |
| Suite 2825 | nicole.wilinski@ceflawyers.com |
| Detroit, MI 48226 | |
| (313) 965-1900 | |
| tad@jacobsdiemer.com | |
| smcleod@jacobsdiemer.com | |

| | |
|---|---|
| RONALD L. CORNELL, JR. (P46860)<br>SK Detroit Law Partners, P.C.<br>2000 Town Ctr Ste 1500<br>Southfield, MI 48075-1148<br>Phone: (248) 353-7620<br>Cell: (313) 968-7188<br>Fax: (248) 353-3727<br>rcornell@skdetroitlaw.com | BRIAN O'GALLAGHER<br>MARK MONROE<br>Bodell Bove LLC<br>Attorneys for Zurich and American Guarantee<br>2215 York Road<br>Suite 515<br>Oak Brook, IL 60523<br>Direct: (630) 382-4808<br>Phone: (630) 382-4800<br>Facsimile: (630) 468-2158<br>BOGallagher@bodellbove.com<br>Mmonroe@bodellbove.com |

## **ORDER FOR WITHDRAWAL OF COUNSEL**

ERIC P. CONN, formerly of Jacobs and Diemer, P.C., filed on the 13th of December 2023 a Notice of Withdrawal from the above-referenced matter as counsel for Plaintiff/Counter-Defendant TRINITY, INC. d/b/a TRINITY TRANSPORTATION as Subrogor of DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT a/k/a DETROIT BOARD OF EDUCATION, and as Assignee of MARY BURNS, R.N., and submits this proposed Order of Withdrawal for Entry as follows:

- That ERIC P. CONN be permitted to withdraw as counsel for Plaintiff/Counter-Defendant TRINITY, INC. d/b/a TRINITY TRANSPORTATION as Subrogor of DETROIT PUBLIC SCHOOLS COMMUNITY DISTRICT a/k/a DETROIT BOARD OF EDUCATION, and as Assignee of MARY BURNS, R.N., in this matter; and

- That Timothy A. Diemer and Samantha M. McLeod of Jacobs and Diemer, P.C. will continue to serve as counsel for Plaintiff/Counter-Defendant in this action.

/s/Terrence G. Berg
Hon. Terrence G. Berg
United States District Judge

Entered: December 18, 2023

2